# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA LEWIS TINER**
ADC #163896                                                       **PLAINTIFF**

v.                   No: 4:20-cv-36-DPM

**RODNEY WRIGHT**, Sheriff, Saline
County; **JOE TRAYLOR**, Lieutenant,
Saline County Detention Center;
and **BRETT CARPENTER**, Lieutenant,
Saline County Detention Center                         **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Tiner's motion to dismiss, *Doc. 11*, is granted. The Court will dismiss this case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2020