IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA LEWIS TINER
ADC #163896                                                                PLAINTIFF

v.                          No: 4:20-cv-36-DPM

RODNEY WRIGHT, Sheriff, Saline
County; JOE TRAYLOR, Lieutenant,
Saline County Detention Center;
and BRETT CARPENTER, Lieutenant,
Saline County Detention Center                                             DEFENDANTS

## JUDGMENT

Tiner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_13 July 2020_